UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. NATION,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                Defendant. | Case No. C09-5190KLS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because she allegedly is unable to afford the costs necessary to proceed with her cause of action. In her application, plaintiff states she is receiving "monthly disability" from Hartford Insurance due to permanent disability. Plaintiff, however, has failed to state the amount of money she continues to and has received from that source during the past twelve months as required by that form.

Accordingly, the Court hereby finds and ORDERS as follows:

INSERT ORDER TITLE - 1

(1) Plaintiff shall seek to cure this deficiency by filing no later than **May 15, 2009**, the financial information described above.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to counsel for plaintiff.

DATED this 15th day of April, 2009.

Karen L. Strombom
United States Magistrate Judge

INSERT ORDER TITLE - 2