UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. NATION,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. C 09-5190 KLS<br><br>SECOND ORDER DIRECTING COMPLIANCE WITH GENERAL RULE 2(g)(4)(A) |

This matter is once again before the Court on Counsel's failure to comply with the Court's order dated October 23, 2009. In that order, Mr. Comstock was directed to show compliance with General Rule 2(g)(4)(A). He was instructed to properly note the motion to withdraw pursuant to Local Rule CR 7(d)(2), certify that the motion was served on his client and to provide the most recent address for his client. Mr. Comstock is directed to comply with this order on or before November 20, 2009.

Counsel for the Plaintiff has failed to comply with any aspect of the Court's Order. Inasmuch as he is still counsel of record for the Plaintiff, he is hereby directed to appear, in person, before the undersigned on Tuesday, December 15, 2009 at 1:30 p.m. to explain to the Court why he failed to comply with the October 23, 2009 order of this Court. Failure to appear may result in this Court issuing an order finding Mr. Comstock to be in contempt of court. Or, Mr. Comstock may comply with the October 23,

2009 order by following its directives and accomplishing the same on or before Monday, December 14, 2009. Should Mr. Comstock comply with the Court order by that date, he need not appear before the undersigned on December 15, 2009.

DATED this 30th day of November, 2009.

Karen L. Strombom
United States Magistrate Judge