UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. NATION,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. C 09-5190 KLS<br><br>ORDER GRANTING MOTION TO WITHDRAW |

     Counsel for the Plaintiff, Dennis L. Comstock, has requested leave to withdraw as counsel. Dkt. 22. Counsel for the Defendant has no objection to such request. Dkt. 19. Having shown compliance with General Rule 2(g)(4)(A) and providing this Court with his client's last known address, Mr. Comstock's Motion is hereby GRANTED.

     This Court will issue a new Scheduling Order directed to the parties.

     DATED this 14th day of December, 2009.

                                                                Karen L. Strombom
                                                               United States Magistrate Judge

Order Granting Motion
to Withdraw
Page - 2