UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. NATION,<br><br>                    Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                    Defendant. | Case No. C09-5190KLS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on plaintiff's failure to timely file his opening brief pursuant to the Court's order setting a briefing schedule. (Dkt. #25). In that order, which was issued on December 15, 2009, plaintiff was directed to file his opening brief in this matter by January 12, 2010. To date, however, plaintiff has not done so, and her opening brief is now nearly two weeks overdue.

Accordingly, plaintiff hereby is ordered to file her opening brief with the Court by **no later than February 22, 2010**, or show cause why this matter should not be dismissed for failure to prosecute. **Plaintiff, therefore, hereby is warned that failure to timely file her opening brief by the above date <u>will</u> result in a recommendation being made to the Court for such a dismissal.**

ORDER - 1

1 | The Clerk is directed to send a copy of this order to plaintiff and counsel for defendant.

2 | DATED this 25th day of January, 2010.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2