UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. NATION,<br><br>                          Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                          Defendant. | Case No. C09-5190 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT |

The Magistrate Judge recommends that this matter be dismissed for failure to prosecute. The Court, having reviewed the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint [Dkt. #5] hereby is **DISMISSED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 15th day of April, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1