# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICIA L. NATION,

                    JUDGMENT IN A CIVIL CASE

      v.

MICHAEL J. ASTRUE

                    CASE NUMBER: C09-5190 RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint [Dkt. #5] hereby is **DISMISSED.**

    April 16, 2010                                 BRUCE RIFKIN
       Date                                             Clerk

                                          *s/ Mary Trent*
                                           Deputy Clerk